IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | NO. 09-806 |
| DWAYNE PARKER, | ) | |
| Defendant. | ) | |

## ORDER

**AND NOW**, this 5th day of November 2010, upon consideration of Defendant's Motion to Suppress Physical Evidence and Statements [Doc. No. 18] seeking the suppression of physical evidence obtained on October 22, 2009 in connection with an investigatory stop of a silver Cadillac Escalade, as well as a subsequent incriminating statement elicited from Defendant on January 11, 2010, the Government's Response to Defendant's Motion to Suppress Physical Evidence and Statements [Doc. No. 25], after evidentiary hearing and oral argument thereon, and in accordance with the Court's decision entered September 9, 2010 [Doc. No. 32], it is hereby

**ORDERED** that Defendant's Motion to Suppress Physical Evidence and Statements [Doc. No. 18] is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*/s/* **Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**